CAYEY SUGAR COMPANY, RECURRENTE, *v.* EL REGISTRADOR DE GUAYAMA, RECURRIDO.

Recurso gubernativo contra nota del Registrador de la Propiedad de Guayama denegando la inscripción de una escritura de servidumbre.

No. 245.—Resuelto en noviembre 9, 1915.

SERVIDUMBRES DE PASO—VÍA FÉRREA PARA EL TRANSPORTE DE PRODUCTOS AGRÍCOLAS Y MATERIALES—USO PÚBLICO—CONCESIÓN O FRANQUICIA—INSCRIPCIÓN EN EL REGISTRO.—El hecho de que en una escritura de constitución de servidumbre de paso voluntaria y de carácter continuo para la instalación de una vía férrea para el transporte de productos agrícolas y materiales de la factoría, se faculte utilizarla, después de cierto período de tiempo para uso público y en beneficio del procomún, no impide que, cuando sea necesario bajo cualquier concepto, se otorgue por el Consejo Ejecutivo con la aprobación del Gobernador y de acuerdo con la sección 32 de la Ley Orgánica, la necesaria concesión o franquicia. Tal escritura no invade atribuciones del Consejo Ejecutivo y es, por tanto, inscribible en el registro de la propiedad.

Los hechos están expresados en la opinión.

Abogado de la recurrente: *Sr. V. F. Rodríguez Ortiz.*

El registrador recurrido, Sr. Rafael Tirado Verrier, no compareció.

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

Presentada para su inscripción en el Registro de la Propiedad de Guayama, escritura de constitución de servidumbre otorgada por Lucía Llera y Vázquez, viuda de Gaudier, a favor de la corporación "Cayey Sugar Company," ante el Notario Vicente Ferrer Rodríguez Ortiz a 3 de noviembre de

1911, el registrador denegó dicha inscripción por medio de nota que textualmente dice así:

"Denegada la inscripción del documento que precede por facultarse a la corporación 'Cayey Sugar Company' por la Doña Lucía Llera el utilizar la servidumbre que constituye, para uso público y beneficio del procomún y siendo esta última facultad privativa del Consejo Ejecutivo que sólo puede conceder esa clase de franquicia, se toma anotación preventiva de esa denegación por término de 120 días de acuerdo con la ley de 1º. de marzo de 1902, al folio trece del tomo cinco de Cayey, finca No. 204, anotación letra A. Guayama, julio catorce de mil novecientos quince. El registrador, Rafael Tirado Verrier."

Contra esa nota interpuso la "Cayey Sugar Company" recurso gubernativo para ante esta Corte Suprema.

En la expresada escritura Lucía Llera y Vázquez constituye una servidumbre de paso voluntaria y de carácter continuo sobre una finca de su propiedad cuya descripción hace, a favor de la corporación "Cayey Sugar Company" o quien la suceda en derechos, autorizándola desde luego para que pueda proceder a la instalación de una vía férrea fija por donde pase mediante el uso de locomotora y vagones necesarios, todos los productos agrícolas y demás materiales que sean necesarios para la buena marcha y desarrollo de la factoría; se describe la extensión del terreno que ha de soportar la servidumbre; se autoriza a la corporación cesionaria para hacer todas las obras de instalación y mantenimiento de la vía en buen estado, emplazar puentes, empalizadas, portones, y todo lo demás análogo; y se señala como plazo para la duración de la servidumbre el término de 20 años durante los cuales la cedente no cobrará nada por el derecho cedido, pero transcurrido ese plazo, si la corporación cesionaria o su sucesora en derecho quisiere seguir utilizando la servidumbre para ella o para uso público y en beneficio del procomún, podrá hacerlo por tiempo indefinido, pagando en tal caso a la cedente $4 mensuales por cada cuerda de longitud ocupada por la vía.

Tales son las condiciones que regulan el derecho de servidumbre constituído por Lucía Llera a favor de "Cayey Sugar Company" y no vemos que con ellas se desconozca la facultad que la sección 32 de la Ley Orgánica de Puerto Rico otorga al Consejo Ejecutivo al disponer que toda concesión de franquicias, derechos y privilegios o concesión de carácter público o cuasi-público será otorgada por el Consejo Ejecutivo con la aprobación del Gobernador.

Lucía Llera, en legítimo ejercicio del derecho de propiedad que la asiste sobre un predio de terreno, constituye sobre éste una servidumbre gratuita de paso por término de 20 años a favor de la "Cayey Sugar Company" para que ésta pueda proceder a la instalación de una vía férrea para el transporte de productos agrícolas y materiales de la factoría, con facultad de seguir utilizando dicha servidumbre para ella o para uso público y en beneficio del procomún por tiempo indefinido después de transcurrido aquel término, mediante el pago de $4 al mes por cada cuerda de longitud ocupada por la vía. La servidumbre de que se trata se refiere al derecho de establecer la vía sobre terreno de la propiedad de Lucía Llera y Vázquez para beneficio y servicio exclusivo de la "Cayey Sugar Company" por término de veinte años y para uso público y beneficio del procomún después de transcurrido dicho término, pero ello no impide que cuando fuere necesaria bajo cualquier concepto la intervención del Consejo Ejecutivo otorgue éste la necesaria concesión, con la ventaja de que al otorgarla no habrá necesidad de que la propietaria Lucía Llera, voluntariamente o mediante expropiación forzosa, constituya a favor de "Cayey Sugar Company" la servidumbre que ya hoy reconoce.

Por las razones expuestas es de revocarse la nota recurrida y ordenarse la inscripción denegada.

*Revocada la nota recurrida ordenándose se haga la inscripción denegada.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.